UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| RAYMONE MONTGOMERY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:10-CV-0321-G (BF) |
| WARDEN MAUREEN CRUZ, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After conducting a *de novo* review, the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

November 23, 2010.

_____
**A. JOE FISH**
**Senior United States District Judge**